FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2012 NOV -6 PM 2: 04

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

BRETT J. MULLIGAN,

CASE NUMBER: 6:12cv1665-Orl-31DAB

    Plaintiffs,

vs.

DIAMOND RESORTS MANAGEMENT, INC.,

    Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, BRETT J. MULLIGAN (hereinafter "MULLIGAN"), an individual, by and through his undersigned counsel, hereby files this Complaint and Demand for Jury Trial against Defendant, DIAMOND RESORTS MANAGEMENT, INC., a foreign corporation (hereinafter "DIAMOND RESORTS") and alleges as follows:

### JURISDICTION AND VENUE

1.     Mulligan was an employee of DIAMOND RESORTS and brings this action against DIAMOND RESORTS for unpaid overtime compensation, and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. §216(b) (hereinafter "FLSA") and unpaid wages pursuant to Florida Statute.

2.     Subject matter jurisdiction exists with this Court pursuant to 29 U.S.C. §216(b).

3.     Venue is proper in this Court, because the acts that gave rise to this claim, including the unlawful employment practices, occurred and accrued in Osceola County, Florida.

## GENERAL ALLEGATIONS

4. Diamond Resorts is a foreign corporation authorized to do business and doing business in the State of Florida, including in Osceola County, Florida.

5. MULLIGAN is a Florida resident residing in Orange County, Florida.

6. MULLIGAN was employed at DIAMOND RESORTS in a position of Assistant Chief Engineer from July 1, 2011 until January 26, 2012.

7. MULLIGAN's last base salary was $62,400 annually based on a 40-hour work week.

## COUNT I - DIAMOND RESORTS VIOLATION OF THE FLSA

8. Plaintiff hereby incorporates and re-alleges paragraphs 1 - 7 as if fully set forth herein.

9. MULLIGAN was a non-exempt employee of DIAMOND RESORTS from July 1, 2011 until January 26, 2012.

10. MULLIGAN's last base salary was $62,400 annually based on a 40-hour work week.

11. At all times material to this Complaint, DIAMOND RESORTS was an employer as defined under 29 U.S.C. §203(d).

12. At all times material to this Complaint, DIAMOND RESORTS was and is an enterprise covered by the FLSA, as defined by 29 U.S.C. §203(r) and §203(s), and engaged in interstate commerce.

13. MULLIGAN at all times relevant to this action, engaged in interstate commerce as defined by the Fair Labor Standards Act, 29 U.S.C. §203(s).

14. The annual gross sales volume of DIAMOND RESORTS exceeded $500,000 per year at all times relevant to this action.

15. Beginning July 28, 2011 until January 26, 2012, MULLIGAN worked in excess of 40 hours per week for which he was not paid.

16. DIAMOND RESORTS was to pay MULLIGAN for all hours he worked over 40 hours in a week at the rate of one and one half times MULLIGAN's regular rate.

17. DIAMOND RESORTS failed to pay MULLIGAN for the hours he worked in excess of 40 hours per week as required. At all times material to this action, DIAMOND RESORTS failed to comply with 29 U.S.C. §201 - 209 of the FLSA by failing to compensate MULLIGAN at a rate not less than one and one half times the regular rate at which he was employed for all hours worked in excess of forty (40) within a work week.

18. MULLIGAN is entitled to receive proper payment of one and one half times the regular rate of pay for each hour worked in excess of forty (40) per work week.

19. DIAMOND RESORTS' violation of the FLSA was intentional, willful and unlawful in that it refused to properly pay MULLIGAN in compliance with the FLSA.

20. Due to DIAMOND RESORTS' willful violation of the FLSA, MULLIGAN is entitled to liquidated damages of an amount equal to his unpaid overtime wages, as well as the recovery of reasonable attorneys' fees and costs.

21. MULLIGAN has retained the undersigned counsel to represent him in this matter and has agreed to pay reasonable attorneys' fees for services provided.

WHEREFORE, Plaintiff, BRETT J. MULLIGAN, respectfully requests Judgment against Defendant, DIAMOND RESORTS INTERNATIONAL, for payment of unpaid overtime wages, an additional amount equal to unpaid overtime wages found to be due and owing as liquidated damage,

an award of reasonable attorneys' fees and costs incurred in this action; and any other relief this Court deems just and proper.

## COUNT II - UNPAID WAGES

22. Plaintiff hereby incorporates and re-alleges paragraphs 1 - 7 as if fully set forth herein.

23. This is an action for damages greater than $15,000, exclusive of any and all claims for pre-judgment interest, court costs and attorneys fees.

24. DIAMOND RESORTS failed to pay MULLIGAN for hours that he worked on January 26, 2012 and also additional accrued pay/wages at his base salary rate.

25. Accordingly, MULLIGAN is owed wages that have not been paid by DIAMOND RESORTS.

26. As a direct and proximate cause of DIAMOND RESORTS failure to pay MULLIGAN his earned wages, MULLIGAN has been damaged.

27. MULLIGAN has retained the services of the undersigned counsel to assist in the prosecution of this matter.

WHEREFORE, Plaintiff, BRETT J. MULLIGAN, demands judgment against the Defendant, DIAMOND RESORTS INTERNATIONAL for unpaid wages, including accrued pay/wages, plus all pre-judgment interest authorized by law, attorneys' fees pursuant to Florida Statute §448.08, the cost of bringing this action and all other relief this Court deems just and proper.

## DEMAND FOR JURY TRIAL

28. Plaintiff, BRETT J. MULLIGAN, demands a trial by jury on all issues in this action

00620590.WPD

so triable.

   **DATED** this ⟨6⟩ day of November, 2012.

                               CAMERON, HODGES, COLEMAN,
                               LaPOINTE & WRIGHT, P.A.

                               _____
                               DOUGLAS J. LaPOINTE, ESQ.
                               Florida Bar No.: 00991333
                               TIFFANY M. CHILL, ESQUIRE
                               Florida Bar #0223920
                               111 N. Magnolia Avenue, Suite 1350
                               Orlando, Florida 32801
                               (407) 841-5030        md
                               (407) 841-1727 facsimile
                               Attorneys for Plaintiff
                               ServiceDJL@cameronhodges.com

00620590.WPD